Kaye, Rose & Partners LLP

```
FILED
CLERK, U.S. DISTRICT COURT

February 24, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN MAVROMATI, as personal representative of the Estate of Theofanis Mavromatis, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>SPOT LLC, a Colorado limited liability company; GLOBALSTAR, INC., a Delaware Corporation; AMAZON.COM LLC, a Delaware limited liability company; TRAVEL SAFETY GROUP LIMITED d/b/a GEOS,<br><br>Defendants. | Case No.: CV14-03333 SJO (EX)<br>Complaint Filed: April 30, 2014<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order entered on January 29, 2016 [ECF# 133], Granting the Motions for Summary Judgment by Defendants TRAVEL SAFETY GROUP LTD. dba GEOS, SPOT LLC, GLOBALSTAR, INC. and AMAZON.COM LLC,

///

///

///

///

1

[PROPOSED] JUDGMENT

CV15-00473
PSG(MRWx

The Court HEREBY ENTERS judgment in favor of Defendants TRAVEL SAFETY GROUP LTD. dba GEOS, SPOT LLC, GLOBALSTAR, INC. and AMAZON.COM LLC and against Plaintiff LOREN MAVROMATI, as personal representative of the Estate of Theofanis Mavromatis, Deceased, arising from Plaintiff's Fourth Amended Complaint. The case is dismissed, with prejudice.

DATED: February 24, 2016     _____
                                          Hon. S. James Otero
                                          U.S. District Court Judge